UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELIZABETH A. BRATTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-00427-JPH-TAB |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | ) ) ) |
| | ) |
| Defendant. | ) |

# FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58

The Court **ENTERS JUDGMENT** in favor of Plaintiff under Federal Rule of Civil Procedure 58. The Court **REVERSES** the Commissioner's decision and **REMANDS** this matter to the Agency for further proceedings under sentence four of 42 U.S.C. section 405(g).

Date: 8/11/2021

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A. G. Sharpe, Clerk

By: _Pam Pope_
Deputy Clerk, U.S. District Court

Distribution:

Catherine Seagle
SOCIAL SECURITY ADMINISTRATION
catherine.seagle@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov

Kirsten Elaine Wold
HANKEY LAW OFFICE
kew@hankeylaw.com